UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BRITTO CENTRAL, INC.,

CASE NO. 1:15-cv-21320-KMW

Plaintiff,

v.

CRAIG REDMAN, KARL MAIER,
KARL MAIER LTD., and APPLE INC.,

Defendants.
_______________________________________/

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, Attorneys for the Plaintiff Britto Central, Inc. ("BCI") and Craig Redman, Karl Maier, Karl Maier, Ltd., and Apple Inc. ("Defendants"), as follows:

1. BCI's claims against Defendants are hereby dismissed with prejudice;

2. Each party shall bear its own costs and attorneys' fees; and

3. This Stipulation may be filed with the Clerk of the Court without further notice.

Dated this 17th day of May, 2016.

By:
Robert Zarco (502138)
Robert M. Einhorn (858188)
Kaari Gagnon (046106)
**ZARCO EINHORN SALKOWSKI & BRITO P.A.**
100 SE 2nd Street, Suite 2700
Miami, Florida 33131
Telephone (305) 374-5418
Facsimile (305) 374-5428

And

Mikhael Ann Bortz (33285)
**BORTZ LAW FIRM P.A.**
66 West Flagler Street, Suite 1206
Miami, Florida 33130
Telephone (305) 684-8956

*Counsel for Plaintiff Britto Central, Inc.*

By:
Hilarie Bass (334243)
**GREENBERG TRAURIG P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

And

David H. Bernstein, *Pro Hac Vice*
Erich O. Grosz, *Pro Hac Vice*
Charles W. Baxter, *Pro Hac Vice*
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York, 10022
Telephone (212) 909-6000
Facsimile (212) 521-7696

*Counsel for Defendant Apple Inc.*

By:
John F. Bradley (0779910)
**BRADLEY LEGAL GROUP P.A.**
15 Northeast 13th Avenue
Fort Lauderdale, Florida 33301
Telephone (954) 523-6160
Facsimile (954) 523-6190

And

Robert W. Clarida, *Pro Hac Vice*
**REITLER KAILAS & ROSENBLATT LLC**
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone (212) 209-3050

*Counsel for Defendants Craig Redman, Karl Maier, and Karl Maier, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record identified on the attached Service List via electronic mail on May 18, 2016.

s/ Kaari Gagnon

**SERVICE LIST**
*Britto Central, Inc. v. Craig Redman, et al.*,
Case No.: 1:15-cv-21320-KMW
United States District Court, Southern District of Florida

| | |
|---|---|
| David H. Bernstein, Esq.<br>dhbernstein@debevoise.com<br>Erich O. Grosz, Esq.<br>eogrosz@debevoise.com<br>Charles W. Baxter, Esq.<br>cwbaxter@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>T: 212-909-6696<br>F: 212-521-7696<br><br>*Attorneys for Defendant Apple Inc.* | Robert Clarida, Esq.<br>rclarida@reitlerlaw.com<br>REITLER KAILAS & ROSENBLATT LLC<br>885 Third Avenue, Floor 20<br>New York, New York 10022<br>T: 212-209-3044<br>F: 212-371-5500<br><br>*Attorneys for Defendants Craig Redman, Karl Maier & Karl Maier, Ltd.* |
| Hilarie Bass, Esq.<br>bassh@gtlaw.com<br>Marlene K. Silverman, Esq.<br>silvermanm@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida<br>T: 305-579-0500<br>F: 305-579-0717<br><br>*Attorneys for Defendant Apple Inc.* | John Bradley, Esq.<br>jb@bradlegal.com<br>BRADLEY LEGAL GROUP P.A.<br>15 N.E. 13th Avenue<br>Fort Lauderdale, Florida 33301<br>T: 954-523-6160<br>F: 954-523-6190<br><br>*Attorneys for Defendants Craig Redman, Karl Maier & Karl Maier, Ltd.* |