UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-21320-KMW

BRITTO CENTRAL, INC.,

    Plaintiff,

v.

CRAIG REDMAN, KARL MAIER,
KARL MAIER, LTD., and APPLE INC.

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' stipulation of dismissal. (DE 112). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 19th day of May, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE